Before the Second Division, March 18, 1954

**No. 57921.**—Chase Bottle & Supply Corp. et al. *v.* United States, protests 160567–K, etc. (New York).

Opinion by Lawrence, J.   In accordance with stipulation of counsel that the merchandise consists of powder filling machines and parts thereof, the same in all material respects as those the subject of *Yardley of London, Inc.* v. *United States* (30 Cust. Ct. 37, C. D. 1495), the claim of the plaintiffs was sustained.

Before the Third Division, March 18, 1954

**No. 57922.**—Empire Liquor Corp. et al. *v.* United States, protests 112562–K, etc. (New York).

Opinion by Ekwall, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.